**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name** — Beyond Building Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)** — 51-0347191

4. **Debtor's address**

   **Principal place of business**
   P.O. Box 741
   Number  Street
   515 Clinton Street
   Delaware City    DE    19706
   City    State    ZIP Code

   New Castle
   County

   **Mailing address, if different from principal place of business**
   Number  Street
   P.O. Box
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number  Street
   City    State    ZIP Code

5. **Debtor's website (URL)** — None

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Beyond Building Inc.  Case number (if known)
         Name

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    __ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ■ Chapter 7
    ☐ Chapter 9
    ☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ■ No
    ☐ Yes.  District  When  Case number
                                              MM / DD / YYYY
             District  When  Case number
                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ■ No
    ☐ Yes.  Debtor  Relationship
             District  When
                                                              MM / DD / YYYY
             Case number, if known

Debtor   Beyond Building Inc.                                    Case number (if known) _____
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number     Street

_____
City                                State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____

      Contact name    _____

      Phone          _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   Beyond Building Inc.                                    Case number (if known)_____
         Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ■ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/12/2019
             MM / DD / YYYY

X _____/s/_____                              Glenn R. Cooper
Signature of authorized representative of debtor    Printed name

Title  President

### 18. Signature of attorney

X _____/s/_____                              Date  11/12/2019
Signature of attorney for debtor                         MM / DD / YYYY

Thomas G. Macauley
Printed name

Macauley LLC
Firm name

300 Delaware Avenue, Suite 1018
Number    Street

Wilmington                                          DE          19801
City                                                State       ZIP Code

(302) 656-0100                                      tm@macdelaw.com
Contact phone                                       Email address

3411                                                DE
Bar number                                          State

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**UNANIMOUS WRITTEN CONSENT
OF SHAREHOLDERS OF
BEYOND BUILDING, INC.
IN LIEU OF A SPECIAL MEETING**

**November 6, 2019**

The undersigned, being all of the shareholders (the "Shareholders") of Beyond Building Inc., a Delaware corporation (the "Company"), hereby waive the calling, notice and holding of a special meeting and, in lieu thereof, acting pursuant to the authority of the bylaws of the Company and Section 228 of the Delaware General Corporation Law and after full consideration, hereby consent to and adopt the following resolutions by giving their express written consent thereto:

I.      **Chapter 7 Filing.**

WHEREAS, the Shareholders have considered the business and financial conditions and results of operations of the Company on the date hereof, including the assets and liabilities of the Company, and have considered and received the recommendations of the management of the Company and the Company's legal advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under Chapter 7 of the United States Bankruptcy Code; and

NOW THEREFORE, BE IT RESOLVED, that, based on available information, it is in the best interests of the Company and its stockholders, as well as the circumstances set forth herein, that a petition be filed pursuant to Chapter 7 on behalf of the Company to preserve the value available to the creditors and stockholders of the Company;

FURTHER RESOLVED, that the officers of the Company (the Authorized Officers") be, and each hereby is, authorized, empowered and directed on behalf of, and in the name of, the Company to file any petition pursuant to Chapter 7 and to cause the same to be filed in the Bankruptcy Court, in such Form and at such time as any Authorized Officer shall determine;

FURTHER RESOLVED, that the Authorized Officers be, and each hereby is, authorized to execute and file all petitions, schedules, statements of affairs, lists and other papers and to take any and all related actions which such Authorized Officer may deem necessary or proper in connection with the Chapter 7 case;

FURTHER RESOLVED, that any Authorized Officer be, and each hereby is, authorized, on behalf of the Company, to execute and verify a voluntary petition pursuant to Chapter 7 on behalf of the Company and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware.

II.     **General Authority.**

RESOLVED, that all actions heretofore taken by any Authorized Officer of the Company, in the name and on behalf of the Company, in connection with the transactions described in the foregoing resolutions be, and the same hereby are, ratified, approved and confirmed in all respects; and

FURTHER RESOLVED, that all acts and deeds heretofore done or actions taken by any Authorized Officer or agent of the Company in entering into, execution, acknowledging or attesting any arrangements, agreements, instructions or documents in carrying out the term and intentions of the foregoing recitals and resolutions and each of them are hereby in all respects ratified, approved and confirmed.

This consent may be signed in multiple counterparts (including by means of facsimile or electronic transmission), each of which when taken together shall constitute one document.

\*   \*   \*   \*   \*

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent as of the date first written above.

_____
Glenn R. Cooper

_____
Andrew C. Titus

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BEYOND BUILDING INC., | ) | Case No. 19-_____ (      ) |
| | ) | |
| Debtor.[1] | ) | |

**STATEMENT OF CORPORATE OWNERSHIP
<u>UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007</u>**

In accordance with Federal Rule of Bankruptcy Procedure 1007(a)(1), Beyond Building Inc. ("<u>BBI</u>"), the above-captioned debtor, hereby represents that no entity directly or indirectly owns more than 10% of the equity interest in BBI.

Dated: November 12, 2019

                                                BEYOND BUILDING INC.

                                                /s/ Andrew C. Titus
                                               Andrew C. Titus
                                               Vice President

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification number, is Natural Product Association (6719). The Debtor's headquarters are located at 440 1st N.W., Suite 520, Washington, D.C. 20001.

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name  Beyond Building Inc. |
| United States Bankruptcy Court for the: _____ District of **Delaware** (State) |
| Case number (If known): _____ |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  List of Creditors

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/12/2019            ✗ /s/ Andrew C. Titus
            MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                    Andrew C. Titus
                                    Printed name

                                    Vice President
                                    Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Mark Fiss and Marissa Schnelle
c/o Christopher H. Lee, Esq.
Cooch & Taylor, P.A.
1000 West St., 10th Fl.
Wilmington, DE 19801


John E. Steele, Jr., Inc.
c/o Douglas A. Schachtman, Esq.
The Shachtman Law Firm
1200 Pennsylvania Ave, Suite 302
Wilmington, DE 19806


Nationwide Insurance
P.O. Box 10479
Des Moines, IA 50306-0479