# Notice Recipients

District/Off: 0311−1         User: admin                    Date Created: 12/12/2019
Case: 19−12402−KBO           Form ID: van043                Total: 10

**Recipients of Notice of Electronic Filing:**
ust   U.S. Trustee         USTPRegion03.WL.ECF@USDOJ.GOV
aty   Thomas G. Macauley   bk@macdelaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Beyond Building Inc.        P.O. Box 741       515 Clinton Street       Delaware City, DE 19706
tr         George L. Miller            1628 John F. Kennedy Blvd.       Suite 950       Philadelphia, PA 19103−2110
14237212   Department of Labor         Division of Unemployment Insurance       P.O. Box 9953       Wilmington, DE 19809
14237208   John E. Steele, Jr., Inc.   c/o Douglas A. Schachtman, Esq.       The Shachtman Law Firm       1200 Pennsylvania Ave, Suite 302       Wilmington, DE 19806
14237207   Mark Fiss and Marissa Schnelle   c/o Christopher H. Lee, Esq.       Cooch & Taylor, P.A.       1000 West St., 10th Fl.       Wilmington, DE 19801
14237209   Nationwide Insurance        P.O. Box 10479       Des Moines, IA 50306−0479
14237210   New Castle County/Law       Attention: Bill Weisel       87 Reads Way       New Castle, DE 19720
14237211   State of Delaware           Division of Revenue       820 N. French Street, 8th Floor       Wilmington, DE 19801−0820

TOTAL: 8